**STATE of Missouri, Plaintiff/Respondent,**

v.

**Archie ROSS, Defendant/Appellant.**

No. 64084.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 31, 1994.

Debra Nowland, Clayton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

198

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

PER CURIAM.

Defendant was convicted by a jury of distribution of a controlled substance within 1000 feet of a school. Defendant, as a prior offender, was sentenced to twenty years.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).